UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br>    Plaintiff,<br>    v.<br>UNKNOWN,<br>    Defendant. | Case No. 19-04585 BLF (PR)<br>**ORDER OF DISMISSAL** |

On August 7, 2019, Plaintiff, proceeding *pro se*, filed a document which was construed as an attempt to initiate a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On August 9, 2019, the Clerk sent Plaintiff a notice informing him that he must file a complaint on the proper form within twenty-eight days or the action would be dismissed. (Docket Nos. 2, 4.) A blank complaint form and postage-paid return envelope were enclosed with the notice. (*Id.*) The Clerk also sent a separate notice informing Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP") application within twenty-eight days to avoid dismissal. (Docket Nos. 3, 4.) The deadline has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application in the time provided.

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: _October 1, 2019_

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.19\04585Martin_dis-ifp-compl.

2