United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,<br>　　　　Plaintiff,<br>　　v.<br>UNKNOWN,<br>　　　　Defendant. | Case No. 19-04585 BLF (PR)<br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: _October 1, 2019_

　　　　　　　　　　　　　　　　　　*Beth Labson Freeman*
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge

Judgement
P:\PRO-SE\BLF\CR.19\04585Martin_jud.docx